Andrew H. Dougherty
The Law Office of Andrew H. Dougherty
Post Office Box 1063
Palo Cedro, California 96073
(415) 290-1407 (tele)
(415) 843 7558 (fax)
andrew@ahdlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shea B. Heston,<br><br>Plaintiff,<br><br>vs.<br><br>Radius Global Solutions, LLC<br><br>Defendant(s) | Case No.:<br><br>**Complaint & Demand for Jury Trial**<br><br>Unlawful Debt Collection Practices under the Fair Debt Collection Practices Act 15 U.S.C. § 1692 and The Rosenthal Fair Debt Collection Practices Act Cal. Civ. § 1788. |

**Complaint**

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the California Unlawful Debt Collection Practices Act known as the Rosenthal Fair Debt Collection Practices Act § 1788, *et seq.*, which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff alleges as follows upon personal knowledge as to Plaintiff's own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's attorney.

3. While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

4. Unless otherwise indicated, the use of any Defendant's name in this Complaint includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of Defendant.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred in the district. The court has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. § 1367.

6. The Court has personal jurisdiction over Defendant as Defendant conducted business within the State of California and has purposefully availed itself of the laws and markets of the State of California and this district.

7. Venue is proper in the United States District Court, Eastern District of California pursuant to 28 U.S.C. § 1391 as Plaintiff resides in the County of Shasta, State of California, which is within the judicial district and the conduct complained of herein occurred within this judicial district.

## PARTIES

8. Plaintiff, Shea B. Heston, is a natural person residing in Palo Cedro, Shasta County, California.

9. Defendant, Radius Global Solutions, LLC is a Minnesota limited liability company engaged in the business of collecting debts in this state with its principal place of business located at 7831 Glenroy Road # 250 Edina, Minnesota 55439. The principal purpose of Defendant is the collection of debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due to another.

10. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11. On or about November 11, 2022, Defendant, contacted Plaintiff by electronic text message to her personal telephone number attempting to collect an alleged debt under Defendant's account number T34693911. Plaintiff attaches and incorporates by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit A".

12. On or about November 29, 2022, Plaintiff, through her counsel, sent Defendant a Notice of Representation by First-Class United States Mail. Plaintiff's November 29, 2022, letter notified Defendant that Plaintiff was represented by legal counsel for account number T34693911 as well all other subsequent debts and requested debt verification. Plaintiff attaches and incorporates by reference a true and correct copy of the November 29, 2022, letter along with a photograph of the posted envelope as "Exhibit B".

13. On or about December 2, 2022, after receiving Plaintiff's notice of representation, Defendant contacted Plaintiff by electronic text message attempting to collect an alleged debt under Defendant's reference number T34693911. Plaintiff attaches and incorporates by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit C".

14. On or about December 6, 2022, after receiving Plaintiff's notice of representation, Defendant contacted Plaintiff by electronic text message attempting to collect an alleged debt under Defendant's reference number T34693911. Plaintiff attaches and incorporates by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit C".

15. On or about December 20, 2022, after receiving Plaintiff's notice of representation, Defendant contacted Plaintiff by electronic text message attempting to collect an alleged debt under Defendant's reference number T34693911. Plaintiff attaches and incorporates

by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit C".

16. On or about December 27, 2022, after receiving Plaintiff's notice of representation, Defendant contacted Plaintiff by electronic text message attempting to collect an alleged debt under Defendant's reference number T34693911. Plaintiff attaches and incorporates by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit C".

17. On or about January 3, 2023, after receiving Plaintiff's notice of representation, Defendant contacted Plaintiff by electronic text message attempting to collect an alleged debt under Defendant's reference number T34693911. Plaintiff attaches and incorporates by reference a true and correct screenshot of the text messages Plaintiff received from the Defendant as "Exhibit C".

18. At no point after receiving Plaintiff's November 29, 2022, notice of representation and request for debt verification did the Defendant contact Plaintiff's counsel or verify the alleged debt under Defendant's reference number T34693911. Defendant failed to cease its collection efforts and failed to verify the Plaintiff's alleged debt.

19. As a result of the acts alleged above, Plaintiff suffered and continues to suffer from headaches, anxiety, difficulty relating to others, stress, anger, increased temper, adrenaline, conflict, crying, loss of sleep, nightmares, night sweats, nervousness, loss of concentration, embarrassment, emotional distress, and loss of happiness.

## First Claim for Relief

20. Plaintiff repeats and realleges and incorporates by reference paragraphs one (1) through nineteen (19) above.

21. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

a. The Defendant violated 15 U.S.C. § 1692c(c) by contacting the Plaintiff after the Plaintiff had requested the Defendant cease communication with the Plaintiff.

b. The Defendant violated 15 U.S.C. § 1692g(b) by failing to provide verification of the debt and continuing its debt collection efforts after the plaintiff had disputed the debt in writing within thirty (30) days of receiving notice of the 15 U.S.C. 1692g debt validation rights.

c. The Defendant violated 15 U.S.C. § 1692c(a)(2) by failing to cease communicating with the Plaintiff after having actual knowledge and/or the ability to readily ascertain, Plaintiff's attorney's name and address.

22. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for declaratory judgment that Defendant's conduct violated the FDCPA, the Plaintiff's actual damages, statutory damages, and costs and attorney fees.

### SECOND CLAIM FOR RELIEF

23. Plaintiff repeats and realleges and incorporates by reference the foregoing paragraphs.

24. Defendant violated the California Rosenthal Fair Debt Collection Practices Act. Defendant's violations of the Rosenthal Fair Debt Collection Practices Act include, but are not limited to, the following:

a. The Defendant violated § 1788.14(c) by initiating communications with the Plaintiff regarding the alleged consumer debt after Plaintiff notified the Defendant in writing that the Plaintiff is represented by an attorney.

25. The Defendant's acts as described above were done intentionally with the purpose of coercing the Plaintiff to pay the alleged debt(s).

26. As a result of the above violations, of the California Rosenthal Fair Debt Collection Practices Act, the Defendant is liable to the Plaintiff for injunctive and declaratory relief and for actual damages, statutory damages, and attorney fees and costs.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA, and declaratory and injunctive relief for the Defendant's violations of the California Rosenthal Fair Debt Collection Practices Act.

B. Actual damages.

C. Statutory damages pursuant to 15 U.S.C. § 1692k.

D. Statutory damages pursuant to California Civil Code § 1788.17.

E. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and California Civil Code § 1788.17.

F. For such other and further relief as may be just and proper.

Dated: January 6, 2023

**The Law Office of Andrew H. Dougherty**

By: *Andrew H. Dougherty*
Andrew H. Dougherty
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues.

Dated: January 6, 2023

**The Law Office of Andrew H. Dougherty**

By: *Andrew H. Dougherty*

Andrew H. Dougherty

Attorney for Plaintiff

# EXHIBIT A

**+1 (952) 260-7619**

Text Message
Fri, Nov 11 at 13:48

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Nov 15 at 13:02

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Fri, Nov 18 at 12:21

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Nov 22 at 11:34

From: Radius Global Solutions LLC, a debt collector
Re: T34693911

# EXHIBIT B

THE LAW OFFICE OF
## ANDREW H. DOUGHERTY
POST OFFICE BOX 1063
PALO CEDRO CA 96073
(415) 290-1407 (C)
(415) 843-7558 (F)
ANDREW@AHDLAW.NET

*Sent Via First Class Mail*

September 29, 2022

Radius Global Solutions, LLC
7831 Glenroy, Suite 250
Edina, MN 55439

**Re:    Shea Heston (Reference Number: T34693911)**

To Whom It May Concern:

This office represents Ms. Shea Heston regarding the above-referenced account and all other accounts hereinafter acquired. Please direct all further communication to this office using the information at the top of this letter.

Under the Fair Debt Collections Practices Act (FDCPA), this office is requesting validation of the above-referenced account. Be advised this office is not requesting a "verification"; we are requesting a "validation;" that is, competent evidence that Ms. Heston has some contractual obligation to pay.

Please provide at least the following information within 30 days from the date of your receipt of this request for validation:

- Name and Address of Alleged Creditor:
- Name on File of Alleged Debtor:
- Alleged Account #:
- Address on File for Alleged Debtor:
- Amount of alleged debt:
- Date that this alleged debt became payable:
- Date of original charge off or delinquency:
- Was this debt assigned to debt collector or purchased?
- Amount paid if debt was purchased:
- Agreement that bears the signature of the alleged debtor wherein she agreed to pay the creditor.

Shea Heston T34693911

If your office fails to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from Ms. Heston's credit file and a copy of such deletion request shall be sent to this office immediately.

Very truly yours,

Andrew H. Dougherty
Attorney

Shea Heston T34693911

The Law Office of Andrew H. Dougherty
Post Office Box 492153
Palo Cedro, California 96073

Radius Global Solutions, LLC
7831 Glenroy, Suite 250
Edina, MN 55439







# EXHIBIT C

**+1 (952) 260-7619**

Text Message
Fri, Nov 11 at 13:48

> From: Radius Global Solutions LLC, a debt collector
> Re: T34693911
> Log in: radgs.co
> Call 833-880-0603
> Rights: radgsrights.co
> Txt STOP to End texts

Tue, Nov 15 at 13:02

> From: Radius Global Solutions LLC, a debt collector
> Re: T34693911
> Log in: radgs.co
> Call 833-880-0603
> Rights: radgsrights.co
> Txt STOP to End texts

Fri, Nov 18 at 12:21

> From: Radius Global Solutions LLC, a debt collector
> Re: T34693911
> Log in: radgs.co
> Call 833-880-0603
> Rights: radgsrights.co
> Txt STOP to End texts

Tue, Nov 22 at 11:34

> From: Radius Global Solutions LLC, a debt collector
> Re: T34693911



+1 (952) 260-7619

Tue, Nov 22 at 11:34

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Fri, Nov 25 at 14:02

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Nov 29 at 09:54

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Fri, Dec 2 at 10:08

From: Radius Global Solutions LLC, a debt collector
Re: T34693911

◁ Facebook

**+1 (952) 260-7619**

Txt STOP to End texts

Fri, Dec 2 at 10:08

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Dec 6 at 08:37

From: Radius Global Solutions LLC, a debt collector
Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Dec 20 at 08:35

Please contact Radius Global Solutions LLC at 833-880-0603
Regarding Reference # 34693911
Important Rights: rad-gs.info
Txt STOP to End texts

Tue, Dec 27 at 09:08

Please contact Radius Global Solutions LLC
at 833-880-0603



**+1 (952) 260-7619**

Re: T34693911
Log in: radgs.co
Call 833-880-0603
Rights: radgsrights.co
Txt STOP to End texts

Tue, Dec 20 at 08:35

Please contact Radius Global Solutions LLC
at 833-880-0603
Regarding Reference # 34693911
Important Rights: rad-gs.info
Txt STOP to End texts

Tue, Dec 27 at 09:08

Please contact Radius Global Solutions LLC
at 833-880-0603
Regarding Reference # 34693911
Important Rights: rad-gs.info
Txt STOP to End texts

Tuesday 08:38

Please contact Radius Global Solutions LLC
at 833-880-0603
Regarding Reference # 34693911
Important Rights: rad-gs.info
Txt STOP to End texts

The sender is not in your contact list.
Report Junk