James K. Schultz, Esq. (SBN 309945)
Kenneth A. Ohashi, Esq. (SBN 230440)
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
kohashi@sessions.legal

Attorneys for Radius Global Solutions LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEA B. HESTON,<br><br>   Plaintiff,<br><br> vs.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>   Defendant. | Case No.: 2:23-cv-00046-MCE-DMC<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR RADIUS GLOBAL SOLUTIONS LLC TO RESPOND TO FIRST AMENDED COMPLAINT |

Based on the Joint Motion of the parties, Plaintiff Shea B. Heston and Defendant Radius Global Solutions LLC ("RGS"), for an extension of time for RGS to respond to the First Amended Complaint, and good cause appearing therefor, RGS shall have an extension of time to, and including **March 10, 2023**, to respond to the First Amended Complaint.

IT IS SO ORDERED.

DATED:  January 27, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE