Andrew H. Dougherty
The Law Office of Andrew H. Dougherty
Post Office Box 1063
Palo Cedro, California 96073
(415) 290-1407 (tele)
(415) 843 7558 (fax)
andrew@ahdlaw.net

*Attorney for Plaintiff*
*Shea B. Heston*

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shea B. Heston, | Case No.: 2:23-cv-00046 |
| Plaintiff, | **ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Radius Global Solutions, LLC, | |
| Defendant, | |

Pursuant to the stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that:

1. This action is DISMISSED in its entirety with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. All deadlines, hearing dates, and trial dates in this matter are VACATED.

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: May 11, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1 of 1
**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE**