## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHEA B. HESTON,**

CASE NO: **2:23–CV–00046–MCE–DMC**

v.

**RADIUS GLOBAL SOLUTIONS, LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/12/23**

**Keith Holland**
Clerk of Court

ENTERED:  **May 12, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk